IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY DONNELL BOYD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>A. ROBLES, et al,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-01510-AWI-SMS (PC)<br><br>ORDER STRIKING UNSIGNED MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT #8) |

On May 2, 2008, Plaintiff filed an unsigned motion seeking the appointment of counsel. All filings submitted to the Court must bear Plaintiff's signature. Local Rule 7-131; Fed. R. Civ. P. 11(a). Because Plaintiff failed to sign his motion, it is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   May 8, 2008**　　　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE