# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY DONNELL BOYD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONAL OFFICER<br>A. ROBLES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01510-AWI-SMS PC<br><br>ORDER ADDRESSING REQUEST FOR COUNSEL SET FORTH IN NOTICE<br><br>(Doc. 14) |

　　　Plaintiff Rickey Donnell Boyd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2008, in conjunction with his notice that he does not wish to file an amended complaint, Plaintiff asked for the appointment of an attorney. On June 4, 2008, the Court issued an order addressing Plaintiff's motion for the appointment of counsel, which was filed on May 27, 2008. As explained in the order, the Court cannot appoint counsel for Plaintiff and this action does meet the exceptional circumstances standard under which the Court will undertake to locate volunteer counsel.

　　　By this order, Plaintiff's notice in which he requests counsel is deemed addressed.

IT IS SO ORDERED.

**Dated:　June 10, 2008**　　　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1