IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RICKEY DONNELL BOYD,**<br><br>Plaintiff,<br><br>v.<br><br>**C/O A. ROBLES,**<br><br>Defendant. | 1:07-CV-1510 AWI SMS (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**(Doc.** 22) |

The Court finds there is good cause to grant Defendant Robles' request for an extension of time to file his responsive pleading to Plaintiff's complaint. Accordingly, Defendant shall file his responsive pleading on or before November 17, 2008.

IT IS SO ORDERED.

**Dated:   October 7, 2008**               /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1