# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY DONNELL BOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER<br>A. ROBLES, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-01510-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING DEFENDANTS SMITH AND CABRERA FROM ACTION<br><br>(Docs. 1 and 15) |

　　　　Plaintiff Rickey Donnell Boyd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On June 11, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file an Objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed June 11, 2008, is adopted in full;

　　　　2.　　This action shall proceed on Plaintiff's complaint, filed October 17, 2007, against Defendant Robles for use of excessive force, in violation of the Eighth Amendment;

3. Defendants Smith and Cabrera are dismissed for failure to state a claim upon which relief may be granted against them; and

4. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   October 8, 2008**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE