# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY DONNELL BOYD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONAL OFFICER<br>A. ROBLES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01510-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 27) |

　　　　Plaintiff Rickey Donnell Boyd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2008, Plaintiff filed a motion seeking the entry of default against Defendant Robles ("Defendant").

　　　　Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Because Defendant made an appearance in this action on November 17, 2008, by filing answer, he is not in default and Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:　　November 21, 2008　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1