IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY DONNELL BOYD, | 1:07-CV-01510-RC |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME |
| A. ROBLES, et al., | |
| Defendants. | |

Upon Motion timely filed and good cause appearing,

IT IS HEREBY ORDERED the Defendant's Request for an Extension of Time (Docket No. 33) is GRANTED. The Defendant shall have up to and including February 19, 2009 to respond to the Plaintiff's Interrogatories (Set One), Requests for Production of Documents (Set One), and Requests for Admissions (Set One).

DATED this 2nd day of February, 2009.

_____
Raner C. Collins
United States District Judge

-1-