IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICKEY DONNELL BOYD, | No. CV 07-1510-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| C/O A. ROBLES; et al., | |
| Defendants. | |

Pending before the Court is the Plaintiff's Motions to Compel Discovery, to Produce Documents, and to Extend the Deadline to Respond to Interrogatories.

The Plaintiff's Motion to Compel and to Produce documents were pre-mature and will be denied. The Plaintiff has not filed a reply to the Defendants' response stating the documents produced were inadequate, and this Order does not preclude the Plaintiff from challenging the sufficiency of discovery produced.

The Plaintiff has shown good cause to his unopposed Motion for an Extension of Time. Therefore, the Court will grant the requested extension. As a result of the Plaintiff's extension, the Defendants may file a motion to compel discovery on or before August 24, 2009. The Plaintiff is reminded that he is required to attend his deposition and failure to do so may result in the dismissal of his case.

1  Consistent with discussion above, IT IS HEREBY ORDERED:

2  1) The Plaintiff's Motion for an Order Compelling Discovery (Docket No. 35) is
3  DENIED;

4  2) The Plaintiff's Motion for Production of Documents (Docket No. 36) is DENIED;
5  and

6  3) The Plaintiff's Motion for an Extension of Time to Answer Interrogatories, Produce
7  Documents and Video Conference (Docket No. 41) is GRANTED. The Plaintiff shall have
8  up to and including August 8, 2009 to answer interrogatories and produce documents. The
9  Plaintiff must attend his deposition in Sacramento unless the Defendants otherwise stipulate
10 to video conference. The Defendants may file a motion to compel discovery on or before
11 August 24, 2009

12 DATED this 6th day of July, 2009.

_____
Raner C. Collins
United States District Judge