IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Rickey Donnell Boyd,<br>　　　　Plaintiff,<br>vs.<br>C/O A. Robles, et al.,<br>　　　　Defendant. | No. CV 07-1510-TUC-RCC<br><br>**ORDER** |

　　Pending before this court is (1) Defendant's Motion To Compel Plaintiff's Personal Attendance At His Deposition And Modification Of The Scheduling Order (Docket No. 46) and (2) Plaintiff's Motion For Defendant To Pay The Cost Of A Video Conference (Docket No. 45).  Upon examination of the moving documents and good cause appearing,

**IT IS HEREBY ORDERED**:

(1) Defendant's motion to compel Plaintiff's personal attendance at his duly-noticed deposition in Sacramento is **granted**.  Plaintiff must personally attend his deposition in Sacramento within 45 days (by November 16, 2009).

(2) Plaintiff's motion for Defendant to pay the cost of a video conference deposition is **denied**.

//

//

1  (3) The July 29, 2009 deadline for discovery and the September 29, 2009 deadline for
2  filing any dispositive motion, are vacated, and respectively extended to November 23,
3  2009 (discovery), and January 8, 2009 (dispositive motions).

DATED this 30th day of September, 2009.

Raner C. Collins
United States District Judge