IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Rickey Donnell Boyd, | ) | No. CV 07-1510-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| C/O A. Robles; et al., | ) | |
| Defendant. | ) | |

On September 30, 2009, this Court issued an Order (Docket No. 47) ruling on (1) Defendant's Motion to Compel Plaintiff's Personal Attendance At His Deposition And Modification Of The Scheduling Order (Docket No. 46) and (2) Plaintiff's Motion for Defendant to Pay the Cost Of A Video Conference (Docket No. 45).

There was a clerical error in the aforementioned Order with respect to the deadline for filing dispositive motions. Therefore,

//

//

//

//

//

1  **IT IS HEREBY ORDERED:** The Court's dispositive motion deadline of January 8, 2009
2  is **VACATED**.  The revised deadline for filing dispositive motions is January 8, 2010.  All
3  remaining deadlines in the Court's September 30, 2009 Order (Docket No. 47) shall remain
4  unchanged.

DATED this 2nd day of October, 2009.

Raner C. Collins
United States District Judge