IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Rickey Donnell Boyd,        ) | No. CV 07-1510-TUC-RCC |
|                             ) | |
|    Plaintiff,    ) | **ORDER** |
|                             ) | |
| vs.                         ) | |
|                             ) | |
| C/O A. Robles, et al.,      ) | |
|                             ) | |
|    Defendants.   ) | |
|                             ) | |

Pending before this Court is the Parties' Stipulation To Continue Deposition and Discovery Motion Cutoff Dates (Docket No. 49).  This Court finds good cause.  Therefore, **IT IS HEREBY ORDERED:** (1) Plaintiff's deposition must be completed by November 30, 2009; (2) Discovery motions must be filed by December 7, 2009.

**IT IS FURTHER ORDERED:** The Court's previously deadlines of November 16, 2009 (Plaintiff deposition deadline) and November 23, 2009 (discovery motion deadline) are hereby **VACATED**.

DATED this 16th day of November, 2009.

_____
Raner C. Collins
United States District Judge