IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Rickey Donnell Boyd, | ) | No. CV 07-1510-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| C/O A. Robles, et al., | ) | |
| Defendant. | ) | |

Pending the Court's decision on Defendants' Motion to Dismiss (Docket No. 51),

**IT IS HEREBY ORDERED:** The Court's dispositive motion deadline of January 8, 2010 is **VACATED**. The revised deadline for filing dispositive motions is April 8, 2010.

DATED this 7th day of December, 2009.

_____
Raner C. Collins
United States District Judge